UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 25-00026-SK                                                                Date: March 6, 2025
Title         Mirna Rodriguez v. Home Depot U.S.A., Inc. et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

|  Connie Chung  | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE**

  The parties have not filed a timely joint Rule 26(f) report as ordered by the court in advance of the scheduling conference set for March 12, 2025 at 10:00 AM. The parties are thus ordered to show cause in writing by no later than **March 12, 2025** why sanctions should not be imposed on the parties and/or their counsel. This order may be discharged with the filing of a thorough and complete joint Rule 26(f) report by no later than March 12, 2025. Meanwhile, the scheduling conference currently set for March 12, 2025 is **VACATED**. The court may set a further OSC hearing or scheduling conference in person as needed based on what the parties file by or before March 12, 2025 as ordered here.

  IT IS SO ORDERED.