UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 25-00026-SK                                         Date: March 24, 2025
Title       Mirna Rodriguez v. Home Depot U.S.A., Inc. et al

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**    (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

   Plaintiff is ORDERED to show cause why this case should not be dismissed for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

   In the present case, it appears that the below time period has not been met.  Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, on or before **March 31, 2025**, why this action should not be dismissed for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of Plaintiff's response.  Failure to respond to this Order to Show Cause will be deemed consent to the dismissal of the action.

   ☐   Defendant Steve Cordova did not answer the complaint, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a).  Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

   IT IS SO ORDERED.